No. 10–446. KERCHNER ET AL. v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 3d Cir. Motion of Western Center

for Journalism for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆